

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00563-CV

Donna **SHEPPARD**,
Appellant

v.

John C. Crespo **JIMENEZ**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV05729
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting: Beth Watkins, Justice
    Liza A. Rodriguez, Justice
    Lori I. Valenzuela, Justice

Delivered and Filed: November 27, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on September 25, 2024. Appellant did not file either the brief or a motion for extension of time to file the brief. Accordingly, on October 17, 2024, we ordered appellant to file, by November 1, 2024: (1) her brief; and (2) a written response reasonably explaining her failure to timely file a brief. In our order, we cautioned the appellant that if she failed to timely file the brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not respond to our order. Because appellant has failed to timely file a brief, we dismiss this appeal for want of prosecution. *See id.*


PER CURIAM